# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
        **PLAINTIFF,**

**vs.**                                            **CASE NO. 20-40060-HLT**

**TODGE A. ANDERSON,**
        **DEFENDANT.**

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### ESCAPE

On or about September 6, 2020, in the District of Kansas, the defendant,

**TODGE A. ANDERSON**,

knowingly and willfully escaped from custody, namely, home-confinement under the supervision and monitoring of Mirror, Inc., Residential Reentry Facility, in Topeka, Kansas, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Western District of Missouri upon conviction for the commission of a felony offenses, namely Interference by Commerce by Robbery (two counts) in violation of 18 U.S.C. § 1951 and Brandishing a Firearm During and In Relation to a Crime of Violence in violation of 18 U.S.C. § 924(c)(1)(A)(ii), as reflected in the case of *United States v. Anderson, et. al,* Case No. 05-cr-00395-HFS.

All in violation of Title 18, United States Code, Section 751(a).

2

**A TRUE BILL.**

September 16, 2020
DATE

*s/Foreperson*
FOREPERSON OF THE GRAND JURY

 Skipper  Jacobs  #26848
for Stephen R. McAllister, #15845
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Stephen.mcallister@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]

# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
        PLAINTIFF,

vs.                                                               CASE NO. 20-40060-HLT

**TODGE A. ANDERSON,**
        DEFENDANT.

## PENALTIES

**COUNT 1**

A term of imprisonment of not more than 5 years, supervised release of not more than 3 years, a $250,000 fine, and a $100 special assessment.

3